IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01276-EWN-MJW

TRAVIS STAR NELSON,

Plaintiff,

v.

STATE OF COLORADO, et al.,

Defendants.

---

**ORDER TO SHOW CAUSE**
**and**
**ORDER SETTING TELEPHONE STATUS CONFERENCE**

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to a General Case Management Order and Order of Reference to United States Magistrate Judge issued by Chief Judge Edward W. Nottingham on June 20, 2007.  (Docket No. 2).

This action was commenced on June 18, 2007.  (Docket No. 1).  Nevertheless, the plaintiff has not yet filed proof that he has served defendants Carl Zenon, Donice Neal, Dolores Montoya, Dr. Louis Cabiling, Gary Watkins, Ronald Leyba, Gary Golder, Karen Sutherland, and Dr. M. Bautista.  Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant and direct that service be effected within a specified time; provided that if the plaintiff shows good cause for

2

the failure, the court shall extend the time for service for an appropriate period. . . .

Fed. R. Civ. P. 4(m).

Based upon the foregoing, it is hereby

**ORDERED** that on October 25, 2007, at 8:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a telephonic Show Cause Hearing will be held during which the plaintiff shall show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) as against defendants Carl Zenon, Donice Neal, Dolores Montoya, Dr. Louis Cabiling, Gary Watkins, Ronald Leyba, Gary Golder, Karen Sutherland, and Dr. M. Bautista. Plaintiff's counsel shall initiate the conference call to opposing counsel and then to the court at (303) 844-2403.  It is further

**ORDERED** that the plaintiff shall forthwith serve defendants Carl Zenon, Donice Neal, Dolores Montoya, Dr. Louis Cabiling, Gary Watkins, Ronald Leyba, Gary Golder, Karen Sutherland, and Dr. M. Bautista and file with the court proof of such service.  It is further

**ORDERED** that a telephone Status Conference is set for October 25, 2007, at 8:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated:   August 28, 2007            s/ Michael J. Watanabe
         Denver, Colorado           Michael J. Watanabe
                                    United States Magistrate Judge