IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–01219–EWN–MEH

TRAVIS NITCHMAN,

      Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

      Defendant.

---

## ORDER SETTING FINAL PRETRIAL CONFERENCE

---

It appears that all substantive and/or dispositive matters have been resolved in this case and that the matter can be set for further pretrial and trial proceedings.  Accordingly, it is

**ORDERED** as follows:

1.  The court will hold a Final Pretrial Conference commencing at 10:00 o'clock a.m. on December 14, 2007, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

2.  In preparing for and participating in the conference, the parties and counsel will (1) follow the Instructions for Preparation and Submission of Final Pretrial Order, a copy of which can be downloaded from the court's web site, specifically

http://www.cod.uscourts.gov/forms/ewn_fin_pre_ord_ins.pdf and (2) utilize the specific template

located at http://www.co.uscourts.gov/forms/ewn_fin_pre_ord.wpd.  These specific web

addresses should be used to insure that the proper format is observed.

     Dated this 5th day of November, 2007.

                      BY THE COURT:


                      s/ Edward W. Nottingham
                      EDWARD W. NOTTINGHAM
                      Chief United States District Judge